UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMYRON LASHUN ROBINSON,

    Movant,

                                                                         Case No. 1:16-CV-648

v.

                                                                         HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered this date,

    **IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent.


Date:   August 15, 2017                /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 UNITED STATES DISTRICT JUDGE